

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. A06CA069 SS |
| THE CONTAINER STORE, | § § | COMPLAINT AND JURY TRIAL DEMAND |
| Defendant. | § § § | |

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Heather C. Herzig who was adversely affected by such practices. The Equal Employment Opportunity Commission (the "Commission") alleges that Defendant, The Container Store (the "Employer"), discriminated against Heather C. Herzig in violation of the Americans with Disabilities Act by failing to hire her because she is deaf.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3) and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the

*Plaintiff's Original Complaint*                                                                                   Page 1

jurisdiction of the United States District Court for the Western District of Texas, Austin Division.

## PARTIES

3.     Plaintiff, the Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1).

4.     At all relevant times, Defendant, Employer has continuously been doing business in the State of Texas and the City of Austin, and has continuously had at least fifteen (15) employees.

5.     At all relevant times, Defendant, Employer has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6.     At all relevant times, Defendant, Employer has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7.     More than thirty days prior to the institution of this lawsuit, Heather C. Herzig filed a charge with the Commission alleging violations of Title I of the ADA by Defendant, Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

8.     At all relevant times, Heather C. Herzig has been and is a qualified person with a disability and is covered by Title I of the ADA, 42 U.S.C. §§ 12101 *et seq.*

9.     Since at least July 9 2003, Defendant, Employer engaged in an unlawful

employment practice at its Austin, Texas facility, in violation of Title I of the ADA, 42 U.S.C. §§ 12101 *et seq*. The unlawful practice was to discriminate against Heather C. Herzig by failing to hire her because of her disability, deafness, in violation of 42 U.S.C. § 12112(a).

10. The effect of the practice complained of in paragraph 9 above has been to deprive Heather C. Herzig of equal employment opportunities and to otherwise adversely affect her status as an applicant for employment because of her disability.

11. The unlawful employment practice complained of in paragraph 9 above was intentional.

12. The unlawful employment practice complained of in paragraph 9 above was done with malice or with reckless indifference to the federally protected rights of Heather C. Herzig.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from discriminating against any qualified employees, because of their disability, by: (1) failing to hire qualified employees because of their disability; and (2) engaging in any other employment practice which discriminates on the basis of disability;

B. Order Defendant, Employer, to institute and carry out policies, practice, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices;

C. Order Defendant, Employer, to make whole Heather C. Herzig, by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other

affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful-place hiring of Heather C. Herzig, or front pay in lieu thereof;

D.    Order Defendant, Employer, to make whole Heather C. Herzig, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practice described in paragraph 9 above, including, but not limited to, relocation expenses, job search expenses, and medical expenses, in amounts to be determined at trial;

E.    Order Defendant, Employer, to make whole Heather C. Herzig, by providing compensation for past and future nonpecuniary losses resulting from the unlawful practice complained of in paragraph 9 above, including, but not limited to, emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial;

F.    Order Defendant, Employer, to pay Heather C. Herzig punitive damages for its malicious and reckless conduct, as described in paragraph 9 above, in amounts to be determined at trial;

G.    Grant such further relief as the Court deems necessary and proper in the public interest; and

H.    Award the Commission its costs of this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

> Respectfully submitted,
>
> JAMES L. LEE
> Deputy General Counsel
>
> GWENDOLYN YOUNG REAMS
> Associate General Counsel

_____
ROBERT A. CANINO
Regional Attorney
Oklahoma State Bar No. 011782


_____
ROBERT B. HARWIN
Associate Regional Attorney
District of Columbia Bar No. 076083


_____
JUDITH G. TAYLOR
Supervisory Trial Attorney
Texas Bar No. 19708300


_____
EDWARD JUAREZ
Trial Attorney
Texas Bar No. 24014498

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Antonio Field Office
5410 Fredericksburg Rd., Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 281-7613
Facsimile: (210) 281-7669

**ATTORNEYS FOR PLAINTIFF**